■ In the Matter of CARLOS MOJICA, Appellant, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. (Appeal No. 2.) [719 NYS2d 916] —Appeal unanimously dismissed without costs (*see, Empire Ins. Co. v Food City,* 167 AD2d 983, 984). (Appeal from Order of Supreme Court, Wyoming County, Dadd, J.—Reargument.) Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Burns and Lawton, JJ.

■ PETER BURKARDT et al., Appellants, v VILLAGE OF WEBSTER et al., Respondents. (Appeal No. 1.) [719 NYS2d 917] —Appeal unanimously dismissed without costs. Same Memorandum as in *Town of Webster v Village of Webster* (280 AD2d 931 [decided herewith]). (Appeal from Order of Supreme Court, Monroe County, Affronti, J.—Class Action.) Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Burns and Lawton, JJ.